UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Mandel Hobbs  
    Nicole A Hobbs  
        Debtor(s)

Case No. 11 B 18853

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2011.

2) The plan was confirmed on 07/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 03/06/2014.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,090.86 |
| Less amount refunded to debtor | $424.62 |

**NET RECEIPTS:** $14,666.24

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $647.61 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,161.61

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA Checkmate LLC | Unsecured | 1,000.00 | 3,108.05 | 3,108.05 | 95.19 | 0.00 |
| Account Recovery Service | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 49.30 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 98.11 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 2.78 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Center Trinity | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp | Unsecured | 396.93 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp | Unsecured | 254.04 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 676.00 | 496.95 | 496.95 | 0.00 | 0.00 |
| Allied Debt Recovery System | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 275.77 | 275.77 | 8.44 | 0.00 |
| America's Financial Choice Inc | Unsecured | 1,311.00 | 1,311.15 | 1,311.15 | 40.16 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 600.00 | 324.91 | 324.91 | 9.95 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 223.16 | 223.16 | 6.83 | 0.00 |
| Asset Acceptance | Unsecured | 33.00 | 215.00 | 215.00 | 6.58 | 0.00 |
| AT&T | Unsecured | 293.00 | 325.63 | 325.63 | 9.97 | 0.00 |
| Brittney Woods | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | NA | 3,549.06 | 3,549.06 | 108.69 | 0.00 |
| Cash America Jewelry & Loan Of Chicago | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| Columbia Medical Center | Unsecured | 92.47 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | NA | 175.01 | 175.01 | 5.36 | 0.00 |
| Contract Callers Inc | Unsecured | 1,989.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 1,234.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Management Co. | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 1,646.00 | NA | NA | 0.00 | 0.00 |
| Erika D Edwards | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| Fidelity National Bank | Unsecured | 553.70 | NA | NA | 0.00 | 0.00 |
| Figi's | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Figi's | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| First Citizens Bank | Unsecured | 2,951.00 | NA | NA | 0.00 | 0.00 |
| Fncc | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Svcs DBA USA Webca | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Get Cash USA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Secured | 4,444.90 | 4,444.90 | 4,444.90 | 4,444.90 | 442.18 |
| Harris | Unsecured | 1,244.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 396.93 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 1,353.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 452.00 | 452.40 | 452.40 | 13.86 | 0.00 |
| I C Systems Inc | Unsecured | 1,244.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 3,581.00 | 3,810.45 | 3,810.45 | 3,810.45 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 17,000.00 | 17,727.00 | 17,727.00 | 542.91 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Indiana Neurological | Unsecured | 2,885.00 | NA | NA | 0.00 | 0.00 |
| Indiana Neurological | Unsecured | 178.71 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| LabCorp | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Loan Machine | Unsecured | 3,500.00 | 1,193.41 | 1,193.41 | 36.55 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| MCI Telecommunications | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 238.04 | NA | NA | 0.00 | 0.00 |
| Metropolitan Auto | Unsecured | 4,060.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Auto | Unsecured | 3,861.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 981.00 | 985.11 | 985.11 | 30.17 | 0.00 |
| Midland Credit Management | Unsecured | 1,095.00 | 1,096.75 | 1,096.75 | 33.59 | 0.00 |
| Midland Credit Management | Unsecured | 812.00 | 813.27 | 813.27 | 24.91 | 0.00 |
| Midland Credit Management | Unsecured | 673.00 | 673.73 | 673.73 | 20.63 | 0.00 |
| Munster Community Hospital | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 159.00 | 159.00 | 159.00 | 4.87 | 0.00 |
| National Quick Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 862.00 | 819.80 | 819.80 | 25.11 | 0.00 |
| Northern Indiana Neurological Institute PC | Unsecured | NA | 257.90 | 257.90 | 7.90 | 0.00 |
| Norwest Capital Investment | Unsecured | NA | 1,832.18 | 1,832.18 | 56.11 | 0.00 |
| One Click Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | 670.00 | 670.00 | 670.00 | 20.52 | 0.00 |
| PDL Financial Services | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 486.34 | 486.34 | 14.89 | 0.00 |
| Premier Bankcard | Unsecured | 417.00 | 416.70 | 416.70 | 12.76 | 0.00 |
| Radiology Image | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 500.00 | 500.00 | 15.32 | 0.00 |
| Regional Acceptance | Unsecured | 19,351.00 | 19,351.54 | 19,351.54 | 592.66 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Salute Card | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,300.00 | 1,608.00 | 1,608.00 | 49.24 | 0.00 |
| Sonic Payday | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physician | Unsecured | 13.40 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 1,244.00 | NA | NA | 0.00 | 0.00 |
| Sterling & King | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 302.45 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Summitactres | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 9.75 | NA | NA | 0.00 | 0.00 |
| United Acceptance Inc | Unsecured | 2,978.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Workforce Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Zabaneh Medical Corp | Unsecured | NA | 455.00 | 455.00 | 13.93 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,444.90 | $4,444.90 | $442.18 |
| **TOTAL SECURED:** | **$4,444.90** | **$4,444.90** | **$442.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,810.45 | $3,810.45 | $0.00 |
| **TOTAL PRIORITY:** | **$3,810.45** | **$3,810.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$59,502.82** | **$1,807.10** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,161.61 |
| Disbursements to Creditors | $10,504.63 |
| **TOTAL DISBURSEMENTS:** | **$14,666.24** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2014                           By: /s/ Marilyn O. Marshall
                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**